**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **HOLLY ZAHRADNIK** | : | |
| Plaintiff | : | CIVIL ACTION NO. 3:16-1988 |
| v. | : | (JUDGE MANNION) |
| **VALLEY VIEW SCHOOL DISTRICT** | : | |
| | : | |
| Defendant | : | |
| | : | |

## ORDER

In accordance with the court's memorandum issued this same day, **IT IS HEREBY ORDERED THAT**:

**(1)** Valley View's motion for summary judgment (Doc. 30) is **GRANTED IN PART** and **DENIED IN PART**.

**(2)** As to Zahradnik's age discrimination claim resulting from Valley View's failure to hire her on August 14, 2013, Valley View's motion for summary judgment is **GRANTED**.

   a. The Clerk of Court is directed to enter judgment in favor of Valley View and against Zahradnik with respect to this claim.

**(3)** As to Zahradnik's remaining age discrimination and retaliation claims, Valley View's motion for summary judgment is **DENIED**.

**(4)** An appropriate scheduling order with a date for trial shall issue.

                                               s/ *Malachy E. Mannion*

                                               **MALACHY E. MANNION**
                                               **United States District Judge**

**DATE: March 30, 2019**
16-1988-01-ORDER